**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| JAMELLE L. RUSSELL,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>HENLY, *et al.*,<br><br>　　　　　　　　　Defendants. | Case No. 3:23-CV-00549-ART-CLB<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO FILE MOTION FOR INJUNCTIVE RELIEF AND DEFENDANTS' MOTION TO EXTEND TIME TO RESPOND**<br><br>[ECF Nos. 38, 40] |

On August 20, 2025, Plaintiff Jamelle Russell filed a motion for leave to file a motion for injunctive relief. (ECF No. 38.) On September 3, 2025, Defendants filed a motion to extend time to respond to Russell's motion. (ECF No. 40.) However, Defendants filed a notice of appeal on August 8, 2025, and thus this case is currently on appeal to the Ninth Circuit Court of Appeals. (ECF Nos. 36, 37.) "Once a notice of appeal is filed, the district court is divested of jurisdiction over the matters being appealed." *Natural Resources Defense Council, Inc., v. Southwest Marine Inc.*, 242 F.3d 1163, 1166 (9th Cir. 2001) (citing *Griggs v. Provident Consumer Discount Co.,* 459 U.S. 56, 58 (1982) (per curiam); *McClatchy Newspapers v. Central Valley Typographical Union No. 46,* 686 F.2d 731, 734 (9th Cir.1982)). Therefore, the Court cannot consider Plaintiff's motion for leave to file a motion for injunctive relief because jurisdiction has been divested from the Court pending the resolution of the appeal.

Consequently, Plaintiff's motion for leave to file a motion for injunctive relief, (ECF No. 38) is **DENIED** and Defendants' motion for extension of time to respond to Plaintiff's motion, (ECF No. 40), is also **DENIED** as **MOOT**.

　　　　IT IS SO ORDERED.

　　　　**DATED**:　September 4, 2025　　　.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**